1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Mark Devin Finch

7

8                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
9                              **WESTERN DIVISION**

10

11

12 | MARK DEVIN FINCH,                ) Case No.: CV 12-9009 AGR
                                      ) ORDER OF DISMISSAL
13 |         Plaintiff,                )
                                      )
14 |     vs.                           )
   | CAROLYN W. COLVIN, Acting        )
15 | Commissioner of Social Security, )
                                      )
16 |                                   )
   |         Defendant.                )
17 |_____)

18

19     The above captioned matter is dismissed with prejudice, each party to bear

20  its own fees, costs, and expenses.

21       IT IS SO ORDERED.

22

23

24  DATE: April 3, 2013              _____
                                     *alicia G. Rosenberg*
25                                   THE HONORABLE ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE
26

-1-

| | | |
|---|---|---|
| 1 | DATE: April 2, 2013 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | /s/ Young Cho<br>BY:_____ |
| | | Young Cho |
| 4 | | Attorney for plaintiff Mark Devin Finch |

-2-